UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:13-cv-00505-FL

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY,<br><br>                Plaintiff<br><br>vs.<br><br>ALL STATE METALS, INC. d/b/a ASM CONSTRUCTION CO., CHARLES COLLINS, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                Defendants. | **ORDER OF DISMISSAL AS TO LIBERTY MUTUAL INSURANCE COMPANY**<br><br>**NOT ENDING CASE** |

      IT APPEARS UNTO THE COURT that the Plaintiff, Gulfside Supply, Inc. d/b/a Gulfeagle Supply ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Liberty Mutual") have jointly moved for an Order of Dismissal of Plaintiff's claims against Liberty Mutual, with prejudice and for the dismissal of Liberty Mutual from this action as a party. IT IS THEREFORE ORDERED that the Plaintiff's claim(s) against Liberty Mutual are hereby dismissed with prejudice and that Liberty Mutual is dismissed from this case, with prejudice.

      SO ORDERED, this the <u>8th</u> day of January, 2014.

                                                    */s/ Louise W. Flanagan*
                                                    Louise W. Flanagan
                                                    United States District Judge