UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| for the Use and Benefit of ) | |
| GULFSIDE SUPPLY, INC. ) | |
| doing business as Gulf Eagle Supply, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-505-FL |
| ALL STATE METALS, INC. ) | |
| doing business as ASM Construction Co. ) | |
| and CHARLES COLLINS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered June 10, 2014 and July 11, 2014, and for the reasons set forth more specifically therein, that:

(1) The plaintiff's motion for summary judgment against defendants All State Metals, Inc. and Charles Collins is granted as it relates to defendants' liability for breach of contract by failure to pay for certain materials supplied by plaintiff.

(2) Plaintiff's motions for entry of default and default judgment against defendant All State Metals, Inc. are denied as moot.

(3) Plaintiff's motion for summary judgment as to damages is granted in the amount of $164,314.76 with interest at the legal rate from and after entry of judgment until paid in full.

**This Judgment Filed and Entered on July 11, 2014, and Copies To:**

Sarah L. DiFranco and Jason B. James (via CM/ECF Notice of Electronic Filing)
All State Metals, Inc. And Charles Collins (via U.S. Mail) 273 CO Road 221, Thorsby, AL 35171

July 11, 2014  JULIE A. RICHARDS, CLERK

  /s/ Christa N. Baker
(By) Christa N. Baker, Deputy Clerk